**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

COLBRIN K. MAHAN

Plaintiff,

v.

STOCKTON POLICE DEPARTMENT, et al.,

Defendants.

No. 2:26-CV-03367-ICD-P

ORDER

Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's motions for leave to proceed *in forma pauperis* (ECF Nos. 7 and 8).

Under 28 U.S.C. § 1915(a)(2), a prisoner seeking to proceed without prepayment of fees must submit a certified copy of their trust fund account statement for the 6-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which the prisoner is or was confined.

Upon review of the pending applications, it appears to the Court that Plaintiff inadvertently placed his own signature in the section reserved for the authorized institution officer, leaving the certification incomplete. Accordingly, the Court requires Plaintiff to resubmit a properly certified application.

IT IS HEREBY ORDERED that:

1. Plaintiff's motions for leave to proceed *in forma pauperis* (ECF Nos. 7 and 8) are DENIED WITHOUT PREJUDICE;

2. The Clerk of the Court is directed to send Plaintiff a blank application to proceed *in forma pauperis* by a prisoner; and

3. Within **thirty (30) days** from the date of this order, Plaintiff shall submit a fully completed application that includes a certified copy of his prison trust account statement signed by an authorized institutional officer. Failure to timely comply with this order may result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: November 9, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE